**FILED**

**DEC 0 9 2016**

Clerk, U.S. District and Bankruptcy Courts

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                        *

    WALTER PEACOCK            *    Case No. 16-00615

                                        *    Chapter 13
      Debtor
*    *    *    *    *    *    *    *    *    *    *    *    *

## MOTION REQUESTING FURTHER TIME TO FILE CHAPTER 13 STATEMENT OF FINANCIAL AFFAIRS, SUMMARY OF SCHEDULES, SCHEDULES, FORM 122-C & CHAPTER 13 PLAN

      The Debtor, Walter Peacock, Pro Se, moves this honorable Court, pursuant to F.R. Bankr. P. 1007 and 9006(b)(1), to grant an extension of time to file the Chapter 13 Statement of Financial Affairs, Summary of Schedules, Schedules and Chapter 13 Plan and states that:

      1.      The Debtor filed for relief under Chapter 13 Bankruptcy on or about November 30, 2016.

      2.      The Debtor has been unable to collect all of the information required to complete the supplemental schedules.

      3.      The Debtor needs the information referred to in paragraph ☐ 2 to complete the Debtor's Chapter 13 Statement of Financial Affairs, Summary of Schedules, Schedules, Form 122-C and Chapter 13 Plan.

      WHEREFORE, the Debtor requests that: (1) the time for filing the Chapter 13 Statement of Financial Affairs, Summary of Schedules, Schedules(A/B-J), Form 122-C, Employee Income Record, Missing Doc, Incomplete Filings and Chapter 13 Plan be extended for twelve (12) days; and (2) for such other and further relief as this Court deems just proper.

      Respectfully submitted,

      /s/ Walter L. Peacock
      Walter L. Peacock
      Walter L. Peacock
      2922 Pennsylvania Avenue, SE
      Washington, DC 20020
      (202) 710-0883

## MEMORANDUM OF LAW IN SUPPORT OF
## MOTION REQUESTING FURTHER TIME TO FILE CHAPTER 13 SCHEDULES, SUMMARY OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN

1. The Debtors must file their Chapter 13 Bankruptcy Schedules and Summary of Schedules within fifteen (15) days of the filing of a conversion of a Chapter 13 case, unless the Debtor files a motion requesting and extension of time, pursuant to F.R. Bankr. P. 1007 and 9006(b)(1).

2. The Debtor has complied with all notice requirements pursuant to F.R. Bankr. P. 1007(c), 2002 and 9014 and L.R. Bankr. P. 19(b) and 41(b).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of December, 2016 a copy of the foregoing Motion for FURTHER Time to File Chapter 13 Statement of Financial Affairs, Summary of Schedules, Schedules, Form 122-C and Chapter 13 Plan was sent via electronic service or mailed first class, postage prepaid to:

Nancy Spencer Grisby
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

U.S. Trustee's Office
115 South Union Street
Suite 210 Plaza Level
Alexandria, VA 22314

/s/ Walter L. Peacock
Walter L. Peacock