The order below is hereby signed.

Signed: December 27 2016



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                              )
                                   )
WALTER LEROY PEACOCK,              )    Case No. 16-00615
                                   )
        Debtor.                    )    (Chapter 13)

ORDER

On the debtor's motion, it is

ORDERED that the debtor's time for filing the Chapter 13 Statement of Financial Affairs, Summary of Schedules, Schedules(A/B-J), Form 122-C, Employee Income Record, and Chapter 13 Plan in this case is extended to January 6, 2017.

[Signed and dated above.]

Copies to: Debtor; Chapter 13 Trustee.