IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

Walter Leroy Peacock , DEBTOR                              CASE NO. 16-00615-SMT

                                                              TRIAL DATE: March 8, 2018

Nancy Spencer Grigsby, TRUSTEE                             CHAPTER 13

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**Real Property at 2922 Pennsylvania Ave SE, Washington, D.C. 20020**

    Comes now, HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2, Movant (Ocwen Loan Servicing LLC, Servicer) herein, by Kyle J. Moulding, Esq., its attorney and respectfully represents:

    1. This Motion is filed pursuant to 11 U.S.C. Sec. 362 d thru f, and 28 U.S.C. Sec. 1334 and Sec. 157, giving this Court jurisdiction to grant relief from the Automatic Stay for cause and/or to prevent irreparable damage to the interest of a secured creditor in the property of the Debtor.

    2. Movant is the holder of a Note secured by a Deed of Trust dated May 9, 2006, and recorded among the land records of District of Columbia, District of Columbia, at Instrument no. 2006071336 and which encumbers the property of the Debtor at 2922 Pennsylvania Ave SE, Washington, D.C. 20020**.**

    3. The current amount due to the Movant is approximately $600,973.06, which includes: a principal balance in the amount of $215,919.20; interest in the amount of $246,198.03 through January 15, 2018; accumulated late charges in the amount of $6,809.33; an escrow deficit in the amount of $110,030.16; property valuation expense in the amount of $935.00; trustee fee in the amount of $225.00; FC thru title searches in the amount of $645.00; FC thru complaint in the amount of $322.50; civil litigation in the amount of $2,350.00; additional/hourly/court appearance in the amount of $750.00; statutory mailings in the amount of $3.17; court in the amount of $69.95; filing notice of motion in the amount of $37.05; filing fee complaint in the amount of $120.00; additional court filing costs in the amount of $164.65; lis pendens/NOPA in the amount of $63.00; appt. of substitute trustee in the amount of $63.00; title report fee in the amount of $740.00; property maintenance expense in the amount of $5,293.08; property inspection fee in the amount of $490.75; adversary proceeding in the amount of $100.00; certified mail cost in the amount of $26.12; objection to confirmation in the amount of $500.00; statutory mailings in the amount of $16.84; tax certificate in the amount of $15.00; process in the amount of $235.00; civil litigation fee in the amount of $875.00; collection cost and fees in the amount of $2,985.00; court in the amount of $35.79; fee/ recording in the amount of $58.50; miscellaneous (reo) in the amount of $50.00; notice of sale in the amount of $79.50; obtain court docs/trustee rec in the amount of $42.00; property inspection in the amount of $375.50; property preservation (reo) in the amount of $603.00; property valuations in the amount of $556.25; publication in the amount of $2,600.05; service of process in the amount of $17.00; statutory

17-800062

mailings in the amount of $88.64; title reports in the amount of $155.00 and title searches in the amount of $330.00.

4. In addition to the other amounts due to Movant reflected in the Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $850.00 in legal fees and $181.00 in costs. Movant reserves all rights to seek an award of allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and other applicable law.

5. The Debtor has failed to pay the payments for the months of December 2016 to January 2018, so that the post-petition arrears are approximately $52,783.68, which include: payments in the amounts of $4,211.76 for the months of December 2016 through September 2017 and $2,516.52 for the months of October 2017 through January 2018, Objection to Plan filed fee in the amount of $500.00 and post-petition fee notice in the amount of $100.00. The current monthly payment is $2,516.52.

6. The Movant is inadequately protected by the Debtor's failure to make the pre-petition and post-petition payments which may include an escrow for taxes and insurance.

7. In his/her Schedules, the Debtor lists a current market value of $420,336.00 for the real property. There is no equity in the real property above the secured debt and the real property has no value to the bankruptcy estate.

8. Ocwen Loan Servicing LLC services the underlying mortgage loan and note for the property referenced in this Motion for HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2 (hereinafter, "noteholder") and is entitled to proceed accordingly. Should the Automatic Stay be lifted and/or set aside by Order of this Court or if this case is dismissed or if the Debtor obtains a discharge and a foreclosure action is commenced or recommenced, said foreclosure action will be conducted in the name of the noteholder. The noteholder has the right to foreclose because Noteholder is the original mortgagee or beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to Noteholder or has been duly endorsed.

9. Therefore, cause exists to grant relief from stay. Movant lacks adequate protection and continues to be irreparably harmed by the continuation of the Stay of 11 U.S.C. Sections 362(a) and 1301, if applicable.

**NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS**
Creditor will submit business records as evidence at any scheduled hearing, as allowed under Fed. R. Bankr. P. 9017 and FRE 902(11). These business records are available for inspection by the adverse party upon demand.

WHEREFORE, the Movant prays this Honorable Court to issue an Order

1. Lifting the Automatic Stay as to the Debtor's property at 2922 Pennsylvania Ave SE, Washington, D.C. 20020, so that the Movant can proceed with the foreclosure of its Deed of Trust; or alternatively

17-800062

2. For such other and further relief as the Court deems appropriate.

/s/ Kyle J. Moulding, Esq. (kmg)
Kyle J. Moulding, Esq.
Attorney for Movant
Bar No. 1019518
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcymd@mwc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Preliminary Hearing, Notice of Motion for Relief from Stay, and the Motion for Relief from Stay with exhibits were mailed, first class, postage prepaid, on February 2, 2018, to Walter Leroy Peacock, at 2922 Pennsylvania Avenue SE Washington, DC 20020, Cathy Braxton, Esq., Attorney for Debtors at Law Office of Cathy A. Braxton LLC 300 New Jersey Avenue, NW Suite 900 Washington, DC 20001 and Nancy Spencer Grigsby, Trustee at 185 Admiral Cochrane Dr. Suite 240 Annapolis, MD 21401.

/s/Kyle J. Moulding, Esq.

17-800062