**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE:

| | |
|---|---|
| Walter Leroy Peacock , DEBTOR | CASE NO. 16-00615-SMT |
| | TRIAL DATE: <u>March 8, 2018</u> |
| Nancy Spencer Grigsby, TRUSTEE | CHAPTER 13 |

**ORDER TERMINATING AUTOMATIC STAY
Real Property at 2922 Pennsylvania Ave SE, Washington, D.C. 20020**

  Upon consideration of the Motion for Relief from Stay filed by the Movant, HSBC Bank USA, National Association, as Trustee for Nomura Home Equity Loan, Inc., Asset-Backed Certificates, Series 2006-FM2, Movant (Ocwen Loan Servicing LLC, Servicer), for good cause shown, and no opposition having been filed thereto, it is:

  ORDERED, that the stay of 11 U.S.C. Section 362(a) be and hereby is terminated so as to permit the Noteholder, or its assigns, to enforce its rights under the provisions of the Deed of Trust, and/or to resume or commence foreclosure proceedings under the provisions of the Deed of Trust dated May 9, 2006, and recorded among the land records of District of Columbia, District of Columbia, at Instrument no. 2006071336 and secured by the real property of the Debtor at 2922 Pennsylvania Ave SE, Washington, D.C. 20020; provided, however, that any

17-800062

surplus proceeds from the foreclosure sale, after the satisfaction of Movant's debt and payment of sale costs, shall be paid to the trustee for distribution through the bankruptcy estate; and, it is further;

    ORDERED, that this relief shall apply to proceedings for possession of the real property after the foreclosure: and it is further;

ORDERED, that the automatic stay of 11 U.S.C. § 362 (a) shall not be re-imposed as to Debtor's interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

Copies to:

Walter Leroy Peacock
2922 Pennsylvania Avenue SE
Washington, D.C.  20020


Copies were sent electronically via the CM/ECF system to Cathy Braxton, Esq., Attorney for Debtor and Nancy Spencer Grigsby, Chapter 13 Trustee.

**End of Order**

17-800062