The order below is hereby signed.

Signed: February 21 2018



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE:

| | |
|---|---|
| Walter Leroy Peacock, DEBTOR | CASE NO. 16-00615-SMT |
| | TRIAL DATE: March 8, 2018 |
| Nancy Spencer Grigsby, TRUSTEE | CHAPTER 13 |

## ORDER TERMINATING AUTOMATIC STAY
### Real Property at 2920 Pennsylvania Ave SE, Washington, D.C. 20020

Upon consideration of the Motion for Relief from Stay filed by the Movant, Deutsche Bank National Trust Company, as Trustee for Fremont Home Loan Trust 2006-2, Asset-Backed Certificates, Series 2006-2, Movant (Ocwen Loan Servicing LLC, Servicer), for good cause shown, and no opposition having been filed thereto, it is:

ORDERED, that the stay of 11 U.S.C. Section 362(a) be and hereby is terminated so as to permit the Noteholder, or its assigns, to enforce its rights under the provisions of the Deed of Trust, and/or to resume or commence foreclosure proceedings under the provisions of the Deed of Trust dated November 23, 2005, and recorded among the land records of District of Columbia, District of Columbia, at Instrument no. 2010011193 and secured by the real property of the Debtor at 2920 Pennsylvania Ave SE, Washington, D.C. 20020; provided, however, that

17-800061

any surplus proceeds from the foreclosure sale, after the satisfaction of Movant's debt and payment of sale costs, shall be paid to the trustee for distribution through the bankruptcy estate; and, it is further;

ORDERED, that this relief shall apply to proceedings for possession of the real property after the foreclosure: and it is further;

ORDERED, that the automatic stay of 11 U.S.C. § 362 (a) shall not be re-imposed as to Debtor's interest in the property by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

Copies to:

Walter Leroy Peacock
2922 Pennsylvania Avenue SE
Washington, D.C.  20020

Copies were sent electronically via the CM/ECF system to Cathy Ann Braxton, Esq., Attorney for Debtor and Nancy Spencer Grigsby, Chapter 13 Trustee.

**End of Order**

17-800061