# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: ] <br> ] <br> WALTER PEACOCK ] <br> ] <br> Debtor. ] <br> ] <br> ] | Case No.: 16-615 <br> Chapter 13 |

## OPPOSITION TO TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE S. MARTIN TEAL JR., BANKRUPTCY JUDGE:

COMES NOW, Walter Peacck, debtor, ("Debtor"), by and through his undersigned counsel, and files this opposition to the Trustee's Motion to Dismiss chapter 13 case for failure to modify underfunded confirmed chapter 13 plan. In support of this opposition, the Debtor states the following:

1. This case was filed on November 30, 2016, when the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code, 11 U.S.C. Section 101.

2. On June 11, 2018, the trustee filed a Motion to Dismiss for failure to modify an underfunded, confirmed chapter 13 plan.

3. On June 20, 2018, the Debtor filed a motion with this court to modify the underfunded plan to fully treat the creditors who filed timely, legal proofs of claim.

4. On June 20, 2018, the Debtor filed a proposed modified chapter 13 plan which would fully fund the underfunded amount of $11,543.00

5. The Debtor filed this chapter 13 petition in good faith and will ensure that he pays his plan payments timely in the future.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order denying the Trustee's Motion to Dismiss.

Dated: July 2, 2018

                                        Respectfully submitted,

                                              /s/

                                        By:  <u>Cathy A. Braxton</u>
                                        Cathy A. Braxton, Bar No. 30138
                                        Law Office of Cathy A. Braxton LLC
                                        300 New Jersey Avenue, NW, Suite 900
                                        Washington, DC 20001
                                        Telephone No.:  202-476-9374
                                        cathy@braxtonlegal.com
                                        Attorney for Debtor

## **<u>CERTIFICATE OF SERVICE</u>**

      I HEREBY CERTIFY that on this 2nd day of July 2018, that a foregoing copy of the opposition was served electronically via ecf to those authorized to receive service electronically and via first class, postage prepaid, to the following:

Walter Peacock
2922 Pennsylvania Avenue, SE
Washington, DC 20020

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401

                                                     <u>/s/Cathy A. Braxton</u>
                                                     Cathy A. Braxton