**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
IN RE
WALTER LEROY PEACOCK              : Chapter 13 Case No. 16-00615-SMT
   Debtor                         : Hearing: 07/20/18*
```

**PRAECIPE WITHDRAWING TRUSTEE'S MOTION TO DISMISS**

The Clerk of the Court will please note that the Trustee hereby **withdraws** the Motion to Dismiss.

```
                              /s/ Nancy L. Spencer Grigsby
                              Nancy L. Spencer Grigsby
                              Chapter 13 Trustee
                              185 Admiral Cochrane Drive #240
                              Annapolis, MD  21401-7493
```

**Certificate of Service**

I hereby certify that on July 16, 2018, a copy of the foregoing Trustee's Praecipe, was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

Walter Leroy Peacock
2922 Pennsylvania Avenue SE
Washington, DC 20020

Cathy A. Braxton
300 New Jersey Ave. NW
Suite 900
Washington, DC 20001

```
                              /s/ Nancy L. Spencer Grigsby
                              Nancy L. Spencer Grigsby
```